IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WHITNEY WHITMORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REMEDY TEMPORARY SERVICES, INC. and MCKESSON SPECIALTY ARIZONA, INC.<br><br>Defendants. | Case No.: 15 cv 2161 SRB<br><br>**ORDER AND FINAL JUDGMENT OF DISMISSAL** |

The Parties' Motion for Final Settlement Approval came before the Court on June 12, 2017. Based on the pleadings, papers, and arguments of counsel, and good cause appearing therefore, the Court hereby grants the Motion in full.

IT IS THEREFORE ORDERED as follows:

1. The Court finds that the Settlement, as set forth in the Settlement Agreement executed by the Parties, is a reasonable compromise of a *bona fide* dispute.

2. The Court finds that the uncertainty and delay of litigation strongly support the adequacy of the Settlement Amount.

3. The Settlement Agreement is HEREBY APPROVED in its entirety.

4. The Court enters final judgment in this case. The Court hereby dismisses this matter with prejudice as to the Named Plaintiff and all opt-in Plaintiffs participating

in the settlement, in accordance with the terms of the Settlement Agreement and this Final Approval Order.

     5.    This Action is hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs, except as set forth in the Settlement Agreement. The Court retains jurisdiction with respect to the implementation and enforcement of the terms of the Settlement Agreement.

     Dated this 14th day of June, 2017.

_____
Susan R. Bolton
United States District Judge