UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Whitney Whitmore, individually and on behalf of all of the similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Remedy Temporary Services, Inc. and McKesson Specialty Arizona,<br><br>Defendant. | No.  2:15-cv-2161-SRB<br><br>**ORDER** |

Defendants Remedy Temporary Services, Inc. and McKesson Specialty Arizona ("Defendants"), having filed a Motion to File Under Seal requesting that this Court permit it to file their status report under seal pursuant to the Court's June 13, 2017 directive,

IT IS HEREBY ORDERED directing the Clerk to file Defendants' status report under seal.

Dated this 5th day of July, 2017.

_____

Susan R. Bolton
United States District Judge